UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JOHN R. SITAR,                                    Case No. 14-10603
                                                 Honorable Judith E. Levy

        Plaintiff,

v.

CITIMORTGAGE, INC.,

        Defendant(s).

_____/

## NOTICE OF SETTLEMENT/FINAL PRETRIAL CONFERENCE

## AND SCHEDULING ORDER

A SETTLEMENT/FINAL PRETRIAL CONFERENCE in the above-entitled case has been set for, **Monday,  September 15, 2014 at 10:00 A.M.** before U. S. District Judge Judith E. Levy, at the United States Federal Courthouse, 200 East Liberty Street, Chambers 300, Ann Arbor, MI 48104. **CLIENT(S)/CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND THE SETTLEMENT CONFERENCE IN PERSON.**

The parties shall submit concise confidential statements summarizing their respective position(s) on the case and the history of all settlement negotiations, not to exceed four (4) pages, by **4:30 p.m. Wednesday, September 13, 2014**.   Each party's confidential statement should be filed hand-delivered or faxed (734) 887-4705 directly to Chambers and *is not to be filed with the Court or placed on the docket.*

- **Discovery cutoff is set for June 30, 2014;**

- **Dispositive motion cutoff is set for July 15, 2014;**

- **Joint Final Pretrial Order to be submitted by September 8, 2014;**

- **Jury Trial is set for October 7, 2014 at 9:00 a.m.**

Should the parties believe that it would be fruitful to conduct a settlement conference at some point prior to the one scheduled above, they may jointly contact the court's case manager, Felicia Moses, to schedule one.

IT IS SO ORDERED.

s/Judith E. Levy
JUDITH E. LEVY
U. S. District Judge

Dated:   May 25, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 25, 2014, by electronic and/or ordinary mail.

s/Felicia M. Moses
Case Manager, (734) 887-4701