UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

John R. Sitar,

                Plaintiff,        Case No. 14-cv-10603
                                   Hon. Judith E. Levy

v.

CitiMortgage, Inc.,

                Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS AND FOR SUMMARY JUDGMENTS[5]

On June 24, 2014, this matter came before the Court on defendant CitiMortgage, Inc.'s Motion for Judgment on the Pleadings and for Summary Judgment. A hearing was held and oral argument was heard. For the reasons set forth on the record:

Defendant's Motion for Judgment on the Pleadings and for Summary Judgment is GRANTED and this case is DISMISSED with prejudice.

IT IS SO ORDERED.

1

Dated: June 24, 2014                               /s/ Judith E. Levy
                                                   HON. JUDITH E. LEVY
                                                   United States District Judge