UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN R. SITAR,

    Plaintiff,

                        Civil Action No. 14-10603

v.

                        HON. JUDITH E. LEVY

CITIMORTGAGE, INC.,

    Defendant.

_____/

## **JUDGMENT**

For the reasons stated in the order entered on June 24, 2014, it is ordered and adjudged that the case is dismissed with prejudice.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                            By:   s/Felicia M. Moses
                                        DEPUTY COURT CLERK

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE